UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )    CRIMINAL ACTION
vs.                            )    NO. 04-1735-CBS
                               )
TODD HICKEY, ET AL             )
         Defendant,            )
_____)
```

ORDER
May 19, 2004

**SWARTWOOD, M.J.**

    I.   Nature Of The Proceeding

On May 12, 2004, a Criminal Complaint was filed charging Todd Hickey ("Mr. Hickey") and another, with possession with intent to dispose of stolen firearms, in violation of 18 U.S.C. §922(j) and conspiracy to commit that offense, in violation of 18 U.S.C. §371.

At Mr. Hickey's initial appearance in connection with this Complaint on May 13, 2004, the Pretrial Services Officer assigned to this case, recommended that Mr. Hickey participate in an in-patient substance abuse treatment program and with the assent of counsel for the Government and Mr. Hickey, arrangements were made for Mr. Hickey to be accepted at Spectrum House in Westborough, Massachusetts for in-patient drug treatment.

Mr. Hickey was then ordered temporarily detained until Monday, May 17, 2004, at which time he would be transferred from this Court to Spectrum House for in-patient drug treatment.

## II. Conclusion

On May 17, 2004, Mr. Hickey was transported to this Court and I ordered him transferred to the custody of Spectrum House personnel for transportation to Spectrum House for in-patient drug treatment. Mr. Hickey shall remain at Spectrum House until it is determined by Spectrum House personnel that he has successfully completed an in-patient drug treatment program and at that time, Mr. Hickey shall be returned to this Court for a further hearing on conditions for his release. In the meantime, Mr. Hickey shall obey all rules and regulations at Spectrum House and if he should breach or violate those rules or regulations, then an arrest warrant shall issue forthwith for his arrest for violation of this Order.

/S/CHARLES B. SWARTWOOD, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE