

# MEMORANDUM

**To:** Honorable Charles B. Swartwood, U.S. Magistrate Judge
**cc:** John M. Hodgens, Jr., AUSA
Raymond A. O'Hara, Esq.
**From:** George F. Moriarty, Jr., CUSPSO
**Re:** HICKEY, Todd - Docket Number 04-1735CBS
**Date:** May 21, 2004

The Pretrial Services Office is requesting that the Court issue a warrant for the defendant's arrest. Mr. Hickey absconded from Spectrum House yesterday evening. Please see the attached report from Spectrum.

*Request to issue warrant granted.*

*NMGorton, USDJ 5/21/04*



**Spectrum HEALTH SYSTEMS**

# AGAINST MEDICAL ADVICE (AMA) DISCHARGE FORM

Client Name: **Todd Hickey** Client #: **66010** Program: **RP**

Date of discharge: **5/20/04** Time of discharge: **6:25 pm**

Please complete in full (as applicable).

**REASON GIVEN:**
Client left before talking to staff

**MEDICAL STATUS:**
[] stable  [] visibly intoxicated  [] actively in withdrawal  [] other: _____
[X] left before assessment

**MENTAL STATE:**
[] alert and oriented x3  [] cooperative  [] impaired judgment  [] hostile  [] other: _____
[X] left before assessment

**INTERVENTIONS TAKEN:**
[] by Case Manager/Clinician  [] by Nursing  [] by Clinical Supervisor  [] other: _____
[X] left before assessment

**REFERRALS MADE:**
[] to AA/NA  [] to shelter  [] to area hospital  [] to outpatient  [X] other: Federal Probation
[] referrals refused

**MODE OF TRANSPORT:**
[X] family/friend  [] taxi (client-called)  [] taxi (authorized)  [] other: _____

You, the above-named client, are making the decision to leave this program against medical and/or clinical advice. As a result, you are releasing Spectrum Health Systems, Inc. of any responsibility for any resulting medical/clinical problems. If you have been receiving medications while in treatment here, please be aware that the abrupt stopping of prescribed medications may result in further medical problems such as seizures and/or other withdrawal symptoms. You also understand that there is a *30-day waiting period* before you can re-apply for admission to a Spectrum program.

I, the above-named client, have read and understood the risks involved in leaving against medical advice.

Client Signature: _____

[] Client refused to sign this AMA form.
[X] Client left before assessment.

Staff Signature: **Kati O'Leary, CA II**

May 1, 2002



**Spectrum HEALTH SYSTEMS**

# REPORT FOR CLIENT RELATED INCIDENTS
## PEER REVIEW PROCESS

Name and ID#: Todd Hickey #66010
Program: Spectrum Residential
Date/Time of Incident: 5/20/04 6:25pm
Witnesses to incident: Peg Pierce (staff)

| | |
|---|---|
| | Death of client currently receiving services or discharged within the last six months |
| | Death of client within a program |
| | Attempted suicide |
| | Serious injury requiring medical treatment beyond first aid |
| | Minor injury requiring first aid |
| | Medication reaction resulting in unanticipated reaction or event |
| | Medication error |
| | Assaultive or violent behavior |
| | Criminal behavior |
| | Allegations of sexual assault |
| | Allegations of abuse |
| | Substance-related incident |
| X | Other: (please specify) Federal client eloped from program |

At approximately 6:25pm Todd was seen by staff member Peg Senior Unit Coordinator jumping into a silver car (make + model unknown) near the end of the ramp and sped away.

Treatment required: (with explanation if applicable)
- ☐ None required
- ☐ First Aid only
- ☐ Medical intervention (_____)
- ☐ Hospitalization
- ☐ Police/emergency medical personnel called to intervene
- ☒ Other: (Program Director and Judy Oxford Federal PO were both notified)

Signature of Person Completing Report: Kati O'Leary CA II  Date: 5/20/04
Signature of Supervisor receiving Report: _____ Date:

R 2/02



**Spectrum HEALTH SYSTEMS**

Name: Todd Hickey ID: T0780
SSN: 020600780
Admit Date: 5/17/04  DOB: 1/14/71
Insurance: Federal
Allergies: NKA

## DISCHARGE SUMMARY

Client Name: Todd Hickey
DOA: 5/17/04  Program: ORP  Client #: _____
DOD: 5/20/04

1. **Presenting Problem:** Heroin dependence

2. **Diagnostic: Axis I:** Unknown client left prior to assessment
   Axis III: _____   Axis II: _____
   Axis IV: _____
   Axis V: GAF on Admission: _____ At Discharge: _____ Highest in Past Year: _____

3. **List any significant medical or psychiatric issues:** Unknown client D/C prior to assessment

4. **Course of Treatment:** (Include general observations of client at intake, during the course of treatment, including progress toward treatment plan goals and objectives, and status of client at discharge).
   Client was referred to treatment by Federal Probation officer Judy Oxford. Client made the decision to leave the program ASA by jumping into a friends car and speeding off before notifying staff of his decision. CM notified Program Director Tom Jordan and Federal Probation officer Judy Oxford. No assessment was done on clt for his reasons for discharge. CM faxed paperwork to Judy Oxford.

   (continue on reverse if necessary)

5. **Reason for Discharge:**
   ☒ Dropout (0)  ☐ Completed Treatment Program (1)  ☐ Administrative (2)  ☐ Relapse (3)  ☐ Other: _____

6. **Referrals and Recommendations**
   ☐ AA/NA participation          ☐ OP Tx at _____        ☐ Holding at: _____
   ☐ HWH interview at _____      ☐ Residential Program:   ☐ Other: _____
   ☐ HWH placement at _____
   ☐ Participating in OP Linkage  ☐ Drug Free Counseling   ☐ Declined further treatment but a resource list given

**Legal (If Applicable)**
☒ Federal P.O. notified    ☐ P.O./Court notified    ☐ Legal guardian notified

Signature of Primary Counselor/ Clinician: _Kate Cleary CA II_  Date: 5/20/04
Signature of Clinical Supervisor: _____  Date: _____
June 24, 2002