AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST |
|---|---|---|---|---|---|
| V. | | | | | Case Number: 04-1735-CBS |
| TODD HICKEY, JONATHAN VEGA | | | | | |

| PRESIDING JUDGE SWARTWOOD | | | PLAINTIFF'S ATTORNEY HODGENS | | DEFENDANT'S ATTORNEY O'HARA, DILDAY |
|---|---|---|---|---|---|
| TRIAL DATE (S) 5/27/04 | | | COURT REPORTER 3:18 P | | COURTROOM DEPUTY ROLAND |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 5/27/04 | X | X | Report of Charlton Police Department |
| 2 | | 5/27/04 | X | X | Written waiver of miranda, and written statement by Todd Hickey |
| 3 | | 5/27/04 | X | X | Report of ATF Testimony |
| 4 | | 5/27/04 | X | X | Report re: Interstate Nexus |
| 5 | | 5/27/04 | X | X | Report re: search warrant |
| 6 | | 5/27/04 | X | X | Criminal Complaint and Supporting Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages